EMMA W. HYDE, Respondent, *v.* MIKE MILLER et al., Appellants.

*Hyde* v. *Miller*, 45 App. Div. 396, affirmed.
(Argued June 12, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

November 29, 1899, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*F. J. Smythe* and *Jacob Spahn* for appellants.

*W. Martin Jones* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.